UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **Heather Loper,**<br>    Plaintiff,<br><br>v.<br><br>**Lifeguard Ambulance Service LLC,**<br>    Defendant. | **Case No. 2:19-cv-583-CLM** |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have jointly stipulated to dismissal of this case with prejudice. (Doc. 92).

The parties shall bear their own costs and fees.

This case is closed.

Dated: May 27, 2022.


                                    SHARON N. HARRIS, CLERK


                            By:  **S. Hollingsworth**
                                    **Deputy Clerk**